**Dismiss and Opinion Filed February 7, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01006-CV

**TC MASS PROPERTIES LLC, Appellant**
**V.**
**GLENDELL THOMPSON AND SHEILA SMITH-THOMPSON, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02623-E**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Pedersen, III

The filing fee, docketing statement, and clerk's record in this case have not

been filed. By postcard dated November 17, 2021, we notified appellant the $205

filing fee was due. We directed appellant to remit the filing fee within ten days and

expressly cautioned appellant that failure to do so would result in dismissal of the

appeal. Also by postcard dated November 17, 2021, we informed appellant the

docketing statement in this case was due. We cautioned appellant that failure to file

the docketing statement within ten days might result in the dismissal of this appeal

without further notice. By letter dated January 20, 2022, we informed appellant the

clerk's record had not been filed because appellant had not paid for the clerk's

record.  We directed appellant to provide, within ten days, verification it had either paid for or made arrangements to pay for the record.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Bill Pedersen, III//

211006f.p05            BILL PEDERSEN, III
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

TC MASS PROPERTIES LLC,
Appellant

No. 05-21-01006-CV     V.

GLENDELL THOMPSON AND
SHEILA SMITH-THOMPSON,
Appellees

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-21-02623-E.
Opinion delivered by Justice
Pedersen, III. Justices Goldstein and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 7th day of February, 2022.